**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

DECHAUN TOLIVER,

Petitioner, : Case No. 2:26-cv-1566

- vs - District Judge Douglas R. Cole
Magistrate Judge Michael R. Merz

GARRY GALLOWAY, WARDEN,
Chillicothe Correctional Institution,

:

Respondent.

## DECISION AND ORDER

This habeas corpus case is before the Court on Respondent's Motion to Modify the Order for Answer (ECF No. 6). The portion of the Order to Answer sought to be modified reads:

> Because of recent deficiencies in postal service handling of large filings, service of the State Court Record and Answer must be made by hand and certified by the person making service.

ECF No. 4 at PageID 33.

The Motion complains that somehow the Order for Answer imposes an unwarranted burden on the ODRC. The Court has an obligation to ensure due process of law for all litigants. In repeated instances in recent years, the Court has received complaints from habeas corpus petitioners that they have not received critical filings made by the Ohio Attorney General, particularly State Court Records and Returns of Writ. When there is no proof of receipt, the Court

is not in a position to deny those the truth of those claims. The Court has no desire, however, to impose a burden on the ODRC inconsistent with its obligation to ensure that persons in its custody receive filings that are required to be served on them.

To that end, the above-quoted paragraph from the Order for Answer is deleted. In its place, the Attorney General is ordered to serve the State Court Record and Return of Writ in a manner that will produce a signed acknowledgement of receipt by the Petitioner and to file that acknowledgment with the Court. The choice of means is committed to the sound discretion of Respondent's trial attorney as an officer of this Court.

November 23, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge